United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISRAEL MIRELES, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00160 |
| GENERAL MOTORS, LLC, | § § | |
| Defendant. | § § | |

## **ORDER**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Israel Mireles and Defendant General Motors, LLC have jointly stipulated to voluntarily dismiss all claims asserted in this action with prejudice. (Stipulation of Dismissal, Doc. 10) The Stipulation dismisses Mireles's causes of action with prejudice without court order.

    Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

    The Clerk of Court is directed to close this matter.

    Signed on January 4, 2024.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge